**SANDERS LAW GROUP**
Renee J. Aragona, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 125832

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Christopher Sadowski,<br><br>                    Plaintiff,<br><br>v.<br><br>Queens Family Media LLC,<br><br>                    Defendant. | Case No. 1:22-cv-04284-DG-SJB<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Diane Gujarati<br>Magistrate Judge: Sanket J. Bulsara |

**PLEASE TAKE NOTICE** that Christopher Sadowski ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant have settled all claims between them in this matter.

DATED: November 18, 2022

**SANDERS LAW GROUP**

By:   */s/ Renee J. Aragona*
Renee J. Aragona, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: raragona@sanderslaw.group
File No.: 125832
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 18, 2022, a copy of the foregoing document was electronically filed via CM/ECF, which will serve notice to all parties of record.

*/s/ Renee J. Aragona*
Renee J. Aragona